**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                        )
MARCO POLO CAPITAL MARKETS LLC,                               )
                                                              )
Debtor.                                                       )
---------------------------------------------------------------X
MARCO POLO CAPITAL MARKETS LLC, Debtor,                       )
                                                              )
Appellant,                                                    )
                                                              )
-against-                                                     )
                                                              )
MARCO POLO CAPITAL MARKETS LATIN                              )
AMERICA, S.A. and AMERICAS TRADING GROUP,                     )
                                                              )
Appellees.                                                    )
---------------------------------------------------------------X

Case No. 20-cv-00162-AT

---------------------------------------------------------------X
In re:                                                        )
MARCO POLO CAPITAL MARKETS LLC,                               )
                                                              )
Debtor.                                                       )
---------------------------------------------------------------X
MARCO POLO CAPITAL MARKETS LLC, Debtor                        )
and MARCO POLO NETWORK INC.,                                  )
                                                              )
Appellants,                                                   )
                                                              )
-against-                                                     )
                                                              )
ATG AMERICAS TRADING GROUP S.A. (formerly                     )
known as MARCO POLO LATIN AMERICA S.A.),                      )
FERNANDO COHEN, ARTHUR MACHADO,                               )
VICTRIX PARTNERS S.A., POSTALIS INSTITUTO                     )
DE SEGURIDADE SOCIAL DOS CORREIOIS E                          )
TELEGRAFOS, ETB FUNDO DE INVESTMENTO E                        )
PARTICIPACOES (CVM ID NO. 379-4), BNY                         )
MELLON SERVICOS FINANCEIROS                                   )
DISTRIBUIDORA DE TITULOS E VALORES                            )
MOBILIARIOS S.A., THE BANK OF NEW YORK                        )
MELLON and ZECA OLIVEIRA,                                     )
                                                              )
Appellees.                                                    )
---------------------------------------------------------------X

Case No. 20-cv-00167-AT

**ORDER TO CONSOLIDATE RELATED CASES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

This matter having come before the court on the Stipulation to Consolidate Related Cases of Appellants Marco Polo Capital Markets LLC and Marco Polo Network Inc. and Appellees ATG Americas Trading Group S.A., Marco Polo Capital Markets Latin America, S.A., Fernando Cohen, and The Bank of New York Mellon, it is:

**ORDERED THAT** Case Nos. 20-cv-00162-AT and 20-cv-00167-AT are hereby consolidated; and it is further

**ORDERED THAT** all briefs and other papers are to be filed under the caption for Case No. 20-cv-00167-AT.

DATED: March 12, 2020
      New York, New York

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE